No. 172. COWOKOCHEE v. JAMES A. CHAPMAN ET AL. Error to the Supreme Court of the State of Oklahoma. Argued January 15, 1925. Announced January 19, 1925.

*Per Curiam.* Dismissed for want of jurisdiction upon the authority of section 237 of the Judicial Code, as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5, 6. *Mr. Lewis C. Lawson,* for plaintiff in error. No appearance for defendant in error. (Judgment entered January 15, 1925.) See ante, p. 571.